JOSEPH S. SCHWAB and ABRAHAM WEINTRAUB, as Executors, etc., of JOSEPH WEINTRAUB, Deceased, etc., Respondents, v. CONTINENTAL BAKING CORPORATION and Others, Defendants, Impleaded with BRAYTON CAMPBELL, Referred to in the Summons and Supplemental Complaint as " BERNARD " CAMPBELL, and CON-

TINENTAL BAKING CORPORATION, Appellants.— Order directing plaintiffs to serve an amended supplemental complaint, and otherwise denying motion of defendants-appellants, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.